UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:03 CR 49-08 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| YUL MARTIN, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On April 23, 2012, the above-mentioned case was referred to Magistrate Judge Nancy A. Vecchiarelli to conduct the appropriate proceedings, except for sentencing, and to prepare a report and recommendation regarding the violation report submitted to the court on March 27, 2012.

On April 23, 2012, the Defendant, represented by Assistant Federal Public Defender, Edward Bryan, appeared before Magistrate Judge Vecchiarelli for a violation and detention hearing. The Defendant admitted to violating the conditions of his Supervised Release as charged in the violation report dated March 22, 2012, to wit; 1) Absconder. Magistrate Judge Vecchiarelli issued a report and recommendation, recommending that this court find that the Defendant has violated the conditions of his Supervised Release.

The court held a sentencing hearing on May 14, 2012, and has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to

violating his Supervised Release. As a result, the court finds that the Defendant has violated the terms of his Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record. The court hereby adopts the Magistrate's Report and Recommendation (ECF No. 590). Based on this court's review of all relevant factors, the court hereby orders that the Defendant's Supervised Release is revoked and he is committed to the custody of the Bureau of Prisons to be imprisoned for a term of five months. No term of Supervised Release shall follow. Defendant shall self-report to the U.S. Marshal Service, Cleveland, Ohio, by Noon on Thursday, May 17, 2012. Defendant has been advised of his appellant rights.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 15, 2012